NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA GEORGE, individually | Case No. 5:21-cv-01067 AFM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| WESTERN REFINING RETAIL, LLC, a Delaware corporation; SPEEDWAY, LLC, a Delaware corporation; and DOES 1 through 50, inclusive. | |
| Defendants. | |

**[PROPOSED] ORDER**

Based on the stipulation of the parties by their respective attorneys of record, the above-entitled action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: 4/19/2022

_____

The Honorable Alexander F. MacKinnon
UNITED STATES MAGISTRATE JUDGE